IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                                    PLAINTIFF

v.                            CASE NO. 3:12CV00181 BSM-JTR

DAN LANGSTON, Greene County Sheriff et al.                                DEFENDANTS

### ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff be allowed to proceed with his inadequate medical care claim against defendant Oost, in his individual capacity only.

2. All other claims and defendants be dismissed, without prejudice, for failure to state a claim upon which relief may be granted.

3. The clerk's office is directed to prepare a summons for defendant Oost, and the U.S. Marshal is directed to serve the summons, complaint, and this order on him without prepayment of fees and costs or security therefor

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE