# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JACOB THOMAS EARLS                                              PLAINTIFF

V.                              3:12CV00181 BSM/JTR

CODY OOST,
Greene County Sheriff's Office                                  DEFENDANT

## ORDER

On September 4, 2012, Plaintiff filed a Statement indicating that he has been released from custody and is currently residing at a private address in Paragould, Arkansas. *See* docket entry #8. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2. Plaintiff must file, **within thirty days of the entry of this Order**, an Amended Application to Proceed *In Forma Pauperis.*

3. Plaintiff is reminded that the failure to timely and properly do so will result in this case being dismissed, without prejudice, pursuant to Local Rule

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

5.5(c)(2).

Dated this 6th day of September, 2012.

```
                         _____
                         UNITED STATES MAGISTRATE JUDGE
```